# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. RAMIREZ,<br><br>        Plaintiff,<br><br>   v.<br><br>FORTUNE, *et al.*,<br><br>        Defendants. | Case No. 1:19-cv-00746-LJO-BAM (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO EXHAUST<br>(ECF No. 6)<br><br>ORDER GRANTING MOTION TO FILE AMENDED COMPLAINT<br>(ECF No. 7)<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Jose A. Ramirez ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On May 31, 2019, the Court issued an order for Plaintiff to show cause why this action should not be dismissed, without prejudice, for failure to exhaust his administrative remedies in compliance with the Prison Litigation Reform Act prior to filing suit. (ECF No. 6.)

Currently before the Court is Plaintiff's motion for leave to file an amended complaint to demonstrate that he has exhausted all available remedies before filing suit. (ECF No. 7.)

Under Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. Otherwise, a party may amend only by leave of the court or by written consent of the adverse

1

party, and leave shall be freely given when justice so requires. Fed. R. Civ. P. 15(a). "Rule 15(a) is very liberal and leave to amend shall be freely given when justice so requires." AmerisourceBergen Corp. v. Dialysist West, Inc., 465 F.3d 946, 951 (9th Cir. 2006) (citation and quotation omitted). However, courts "need not grant leave to amend where the amendment: (1) prejudices the opposing party; (2) is sought in bad faith; (3) produces an undue delay in litigation; or (4) is futile." Id.

In his motion, Plaintiff states that his amended complaint will show that all of his available remedies were exhausted prior to filing this civil rights action. (ECF No. 7.) In considering the relevant factors, the Court finds no evidence of prejudice, bad faith, undue delay in litigation, or futility. Plaintiff's complaint has not yet been screened and no defendants have been served or have appeared in this action. Accordingly, Plaintiff's motion to amend shall be granted. After Plaintiff files his amended complaint, it will be screened in due course.

Accordingly, IT IS HEREBY ORDERED that the Court's May 31, 2019 order to show cause, (ECF No. 6) is DISCHARGED and Plaintiff's motion to amend the complaint, (ECF No. 7), is GRANTED. Plaintiff's first amended complaint is due within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

Dated: __July 1, 2019__     /s/ *Barbara A. McAuliffe* _
                                               UNITED STATES MAGISTRATE JUDGE