UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. RAMIREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FORTUNE, *et al.*,<br><br>　　　　Defendants. | No. 1:19-cv-00746-NONE-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM, FAILURE TO OBEY A COURT ORDER, AND FAILURE TO PROSECUTE<br><br>(Doc. No. 18) |

Plaintiff Jose A. Ramirez is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 21, 2020, the assigned magistrate judge screened plaintiff's second amended complaint and granted plaintiff leave to file a third amended complaint within thirty. (Doc. No. 16.) Plaintiff was warned that his failure to file an amended complaint in compliance with the order would result in a recommendation for dismissal of this action, with prejudice, for failure to obey a court order and for failure to state a claim. (*Id.* at 7.) On May 1, 2020, following service by mail to plaintiff at his address of record, the screening order was returned to the court as "Undeliverable, Paroled." Plaintiff timely filed a notice of change of address on June 8, 2020. (Doc. No. 17.) The court then re-served the screening order on June 9, 2020, and extended the

/////

1

deadline accordingly. Nonetheless, plaintiff did not file an amended complaint or otherwise communicate with the court.

Therefore, on July 24, 2020, the magistrate judge issued findings and recommendations recommending dismissal of this action, with prejudice, due to plaintiff's failure to state a claim pursuant to 28 U.S.C. § 1915A, failure to obey a court order, and failure to prosecute. (Doc. No. 18.) Those findings and recommendations were served on plaintiff at his updated address of record and contained notice that any objections thereto were to be filed within fourteen days after service. (*Id.* at 18.) On August 10, 2020, those findings and recommendations were also returned to the court as "Undeliverable, Not Deliverable as Addressed, Unable to Forward." Plaintiff has failed to file an updated mailing address or otherwise communicate with the court, and the deadline to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on July 24, 2020, (Doc. No. 18), are adopted in full;
2. This action is dismissed, with prejudice, due to plaintiff's failure to state a claim, failure to obey a court order, and failure to prosecute; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 21, 2020**

UNITED STATES DISTRICT JUDGE